703 A.2d 15

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Dameon BROME, Petitioner.**

**No. 0179 E.D. Allocatur Docket 1997.**

Supreme Court of Pennsylvania.

Oct. 8, 1997.

Dameon Brome, pro se.

PER CURIAM.

AND NOW, this 8th day of October, 1997, the Petition for Allowance of Appeal is DENIED. It is further ordered that the Petition for Leave to Proceed in forma pauperis is GRANTED; that the Motion for Stay of Proceedings is DENIED; that the Petition Seeking Leave to Amend Petition for Allowance of Appeal is DENIED; and that the Motion Requesting the Court to Inform Appellant of the Date of Review is DENIED.